# United States Bankruptcy Court
## Eastern District of Michigan

In re **Donna Marie Taylor**                        Case No. **10-49011**
                         Debtor(s)                  Chapter **7**

**EX PARTE ORDER APPROVING REOPENING CASE FOR FILING OF DEBTOR EDUCATION**

  IT IS ORDERED that the case reopened for the purpose of allowing the debtor to file the Debtor Education certificate and that a Discharge be entered.

BY THE COURT

**Signed on July 13, 2010**

        **/s/ Phillip J. Shefferly**
        **Phillip J. Shefferly**
        **United States Bankruptcy Judge**